23-CV-9913
Judge Leinenweber
Magistrate Judge Gilbert
CAT 2
RANDOM

**RECEIVED**

SEP 12 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FEDERAL LAWSUIT

Rose Meacham Versus Roozbeh Kiani and Alexis Gambis
via New York University

New York University is an excellent school and they are doing incredible, progressive research and innovative cross-disciplinary ways of working and educating students that was very beneficial to me and the other Alumni from my cohorts. It is a shame that these individuals - Roozbeh Kiani and Alexis Gambis - are responsible for the crimes outlined in my case. Unfortunately both Roozbeh Kiani and Alexis Gambis were employed as Professors at NYU during the times of their crimes but I wish the Judicial System held these individuals responsible for their crimes and did not force the entities they work for to be responsible for their actions.

Both Roozbeh Kiani and Alexis Gambis violated NYU policies and rules, and therefore their actions are not even condoned by NYU. For some reason, at this point in history, Universities and Companies handle lawsuits, accusations of crimes perpetrated by their employees by defending the employees so that the school will not be forced to pay financial compensation for the crimes of their employees. I wish there was another way to handle these issues and I hope the American Judicial System and legal advisers for schools and companies change this horrible trend that is harming victims and is not holding the attackers responsible for their crimes - it is actually enabling these criminals to continue their crimes repeatedly, never facing punishments.

Based on my experience with these individuals, I believe simply telling them their illegal acts are not allowed and disciplining them internally would stop the crimes from happening. But for some reason, at this point in history, this is not done at companies or schools.

Within the Scientific Community people refer to being fired illegally as being "PUSHED-OUT" of your job and career. This illegal tactic was used by Roozbeh Kiani when I reported him and I hope that this lawsuit can correct the damages Roozbeh Kiani and Alexis Gambis caused.

I am not asking for financial compensation, but I am asking that the specific damages be undone please.

This Case addresses Intellectual Property Theft, horrible Sexism, Domestic Abuse, Sexual Abuse, Injuries Cuasing "Disabiltiies", "Disabiltiy" Prejudice, Social Security Theft / Identity Theft, and more…

ROOZBEH KIANI LABORATORY

I developed my own Intellectual Property (IP) at New York University (NYU) in my Graduate Program and paid out-of-pocket to create this IP. I took classes on starting my own company and was preparing to rent, commission my IP through my own company as my main source of income after I graduated and finished my PhD. NYU helped me reach this goal and during my Graduate Program I was taking courses in the Center for Neural Science (CNS) and working in an Internship at Neuroscience Laboratories at CNS while I was a student at NYU. From these academic and internship experiences, I developed Professional relationships with many of the Professors in CNS, and I took a course with Roozbeh Kiani where he was my instructor. I considered him a mentor and looked-up to Roozbeh Kiani a lot. He is extremely smart and accomplished, well-respected in the field, and studied under excellent Mentors at Columbia University, where he received his PhD.

One day after class, I met with Roozbeh in our classroom at CNS to discuss the possibility of working with him. He was very interested in hiring me to work with him in his lab and we discussed a project we could do together where my IP was incorporated into his existing experiment. He saw a way for my IP to enhance the work and research he is doing and it was an incredible opportunity for me. Before I had even graduated from NYU, I had multiple Scientists commissioning my work, offering to commission my IP and incorporate it into their existing experimental work. I cannot express how exciting this was and how honored and thrilled I was to have people respond to my work and ideas with so much support and interest in working with me as a Scientist, Technologist.

The Graduate Program that I went to at NYU was founded by a Woman in Tech who pioneered the philosophy behind my education in technology and as an Older Woman entering a technical and scientific industry, I was so happy to see that the training I received at NYU was actually working and benefiting Scientists in real laboratories. I considered Roozbeh a Mentor and enjoyed taking his class, and I was excited to work with him, and especially in this capacity where we are expanding my IP together for his own research. The project we discussed was to develop a Certainty Measure where we could assess how certain the monkeys in his experiments are when they make decisions during the decision making tasks he gives them.

Roozbeh offered me a year-long contract and the opportunity to potentially get my PhD at NYU. Other Researchers wanted to recommend me for a Scholarship that would fully-fund my PhD and Roozbeh agreed to help nominate me for this funding for my career. At the time, I had already been offered a fully-funded PhD in Neuroscience, and I would have left NYU and gone straight into this fully-funded PhD Position. The opportunity with Roozbeh Kiani's Laboratory seemed so incredible, people advised me to pause the acceptance to the Fully-Funded Neuroscience PhD and work with Roozbeh for the year because working in monkey labs is very rare (there are only about ten labs like this in the world) and the experience is invaluable and would have even benefitted the Fully-Funded PhD Offer I already had, because Researchers

said I would gain invaluable skills from working with Roozbeh that I could bring to future jobs etc. Scientists advised me that because Roozbeh was starting a brand new laboratory at NYU it was the perfect time to begin working with Roozbeh because we would be able to develop the research together in a way that is not possible in labs that are already set in their designs etc.

Roozbeh Kiani told me that it is common in the Scientific Community to pause an acceptance and that this happens all the time. He instructed me to tell the PhD Program that I was having "Family Issues" and because I was having family issues I followed his instructions. The PhD Program was not able to hold the full-funding for me, even though Researchers said this is done all the time and that a one-year pause is normally allowed for incoming PhD Freshman because a PhD is such a HUGE time commitment, once you enter the PhD it can be about 6 years of a commitment to one lab, and then the Post-Doctoral Positions take additional time.

For some reason the PhD Offer I had for funding gave my funding away but still offered to accept me… which everyone in the Scientific Community told me is very odd and nobody had ever heard of this type of a PhD arrangement before.

I started working for Roozbeh Kiani before I even graduated from NYU and I was working on the project before he gave me the official 1-year contract he promised me. When I entered his lab, he told me that NYU Administration at CNS was giving him trouble and that they were not allowing him to give me a 1 year contract, but that I would be given a 6 month contract.

This is apparently illegal. And I'm upset that this happened at NYU, where I was a paying Graduate Student giving NYU money for my education and it is unbelievable that NYU would commit a crime like contract fraud with me, an NYU Alumni, even before I graduated from NYU. The other offer that I was given for a fully-funded PhD was no longer available and I accepted the 6 month contract but I was being scammed. Roozbeh verbally assured me that this was a NYU Administration protocol and that he would renew my contract after the 6 months to finish the project with me etc.

Roozbeh did not pay for the project itself that we were working on – my family and I paid for the project. Roozbeh asked me to build things and we discussed plans for installing my IP, and my equipment which I owned in his lab to use for our research. I created a laser printed plastic stand for the equipment to be personalized and installed for his specific set-up in the lab. I had to incorporate my experimental designs that I had developed into his existing set-up and designs that are based on Mike Shadlen's work from Columbia University, and that use NYU Professor Tony Movshon's video stimuli. I assisted the Post-Doc in the lab with the experiments and developed a way to set-up the camera at an appropriate distance from the monkey Herman. I purchased proper lighting equipment and installed this as well. The experiment itself is automated from a central computer and so we designed a script to control my camera equipment remotely and take photographs at specific points in the experiment when Herman was making his decisions about the stimuli he was shown. I then analyzed the videos of Herman's facial expressions during these key moments of decision making during the experiment and designed levels of certainty to measure. I compared the levels of certainty

registered on Herman's facial expressions with his answers to the experiment to see how certain he was about the answers he gave. The videos were so large and so numerous that the data analysis I was doing from my personal equipment which I purchased broke my computer. And I was forced to unexpectedly purchase brand new equipment and get a better model in order to handle the data analysis required for the experiment with Roozbeh Kiani. I was also forced to purchase my own MatLab license and ALL of the software, equipment, cameras, lighting, equipment stands, transportation, and more used for the experiment with Roozbeh Kiani.

During this time, there was an issue with Roozbeh where he had hired me as a "part-time" student researcher but he expected me to be there full-time. I was taking night classes and had other work I was trying to do in addition to this contract position with Roozbeh because that was what we discussed and agreed on - and that is what the contract Roozbeh and NYU gave me states. It was shocking to me to discover the level of Labor Exploitation that PhD Students endure – perhaps this is not shocking to people in Academia reading my case because this is apparently a very prevalent problem for PhD Researchers throughout Academia, Scientific Community. One of my friends at the Center for Neural Science at NYU has so much work to do and is so underpaid for their labor that this person cannot afford proper transportation and is unable to physically and safely travel to their apartment at the end of the day (which is apparently an absurd distance away from NYU where this person works because it is the only apartment within this person's price range that they can afford on the salary NYU is paying this person as a PhD Student Researcher). This person sleeps under their desk in the laboratory at NYU in a sleeping bag in order to get all the work done that is required for this underpaid job. My inability to work full-time in a part-time position for Roozbeh Kiani was a point of upset for Roozbeh and seemed to be an issue. This is illegal and it is illegal to try to extort me for unpaid labor in our contract part-time position. The NYU Administration did not help at all in this situation and Roozbeh Kiani was allowed to be abusive and violate Labor Law Rights.

Additionally, in my part-time position at NYU CNS with Roozbeh Kiani, I was dealing with a medical issue that it turns out is most likely caused by another NYU Professor Alexis Gambis who was an NYU Employee and MFA Student during my time as a Student at NYU. Alexis Gambis asked me to marry him and I don't know how to refer to him – whether I should say ex-fiance? He was, according to witnesses, Domestically Abusing me and I was dealing with the physical results of the abuse while I was working part-time for Roozbeh Kiani. I saw Doctors at the time and I was diagnosed with "anxiety" etc and I told Roozbeh's Lab that I was diagnosed with a "disability". "Disability" is an odd term because it is an injury – and it is weird to be called "disabled" when I am actually a victim of abuse and I am injured by people. It seems like the stigmas about the term "Disability" cause people to think that the fault is mine – that there is something wrong with me to make me "Disabled" when in fact I was horribly injured by my ex-fiance and I am now technically "disabled" as a result of his abuse.

Roozbeh Kiani was extremely cruel regarding my medical issue caused by another NYU Employee, Alumni Alexis Gambis. This medical issue was not impacting my "part-time" position at NYU and the Salary that Roozbeh was paying me for my "part-time" position did not even

cover my rent expenses. My family was basically paying for everything - paying for the experiment itself, paying for the equipment, paying for my living expenses, medical care, etc. But Roozbeh wanted me to be working in his lab full-time but was unwilling to give me a full-time contract and unwilling to pay me for the time he wanted me to work for him. This is extremely common in the Student Employee Academic Career - people are exploited so horribly with Labor Law Violations and it is such a competitive field that nobody can afford to complain or report these issues because the Principal Investigators (PI) (Bosses of the Lab) will just fire the Student Employees and replace them with other people willing to endure Labor Law Violations.

Roozbeh made derogatory, prejudiced statements about me openly in the lab that were extremely hurtful and abusive and humiliating - disparaging me for being *"slow"* and other prejudiced terms – I reported these prejudiced labor law violations to NYU but nobody did anything. I also requested accommodations but nobody did anything. The term "Disabled" seems to mean useless and not a worthwhile investment to certain people in STEM and in business. NYU Administration at CNS broke the laws in so many ways, and I am not the only Student Employee who has reported these types of issues. Other Women have suffered horribly from sexual harassment and other types of sexism that are prevalent throughout STEM right now, and NYU CNS retaliates against the women for reporting, does not protect the women, and even assists in getting rid of the Women when they report. I was sexually harassed by a Post-Doc working temporarily at NYU in the CNS Building but from another Department while I was working in Roozbeh;'s Laboratory - I did not report this incident to NYU Authorities but I did tell the student to leave me alone in writing and this seemed to be enough to stop him from contacting me and stop him from harassing me. However, I was immediately reprimanded for wearing dresses occasionally to the lab AFTER this incident, which is Extremely sexist and offensive. Roozbeh Kiani asked me if everything was "okay" AFTER this incident but I never told him about it - I only used my NYU email and NYU WiFi to inform the student harassing me to leave me alone. The issue seemed resolved because the student respected my requests and so I did not see the need to do anything more because I was able to resolve it on my own and the student was respectful of my wishes after a VERY strongly worded written email.

Roozbeh was upset with NYU Administration and made negative comments about NYU as well – he was hired from Columbia University and he complained openly about NYU during his transition to set-up his lab. There were issues with the building that were impacting his construction on the lab and he was frustrated because his project was being delayed as a result of construction and building issues - he blamed NYU Administration. And he seemed to take him anger out on me because this is apparently an acceptable thing to do among many abusive men and people who abuse disabled people.

Scientific Laboratories like Roozbeh Kiani's are allowed to exist (committing horrendous inhumane acts of physical abuse, harms, injuries, starvation, water deprivation, murder and more) because these Science Labs claim that they are doing good work to help people, and improve people's lives. If Researchers cannot even treat their own lab members appropriately and are abusive to disabled people then how can we trust these Scientists to do good work for people in the real world? Many laboratories claim to be developing technologies and treatments

to help "disabled" people, which justifies their existence and is the only reason these labs are allowed to do this type of work - but WHY then are these labs refusing to work with "disabled" people. I believe that this is the proof that the labs are motivated by something malicious and the work they are doing is for a different purpose other than the purposes they claim the work to be for. If the work was truly being done to help "disabled" people then obviously the Scientists would want "disabled" people working with them, alongside them during the research to make sure everything is developed properly and to share their valuable insight into ways to improve the research and products being developed.

Scientists, Doctors do NOT know better than the people they are treating, or "helping". This type of mentality among Scientists, Doctors is a bad sign and people should never go to Doctors who are like this. People themselves should be educated and be able to understand the science that is out there so that the People themselves can dictate their own Medical Care, Treatments and Product Usage etc.

My case shows an example of Researchers, Scientists who claim they are building things to help disabled people and improve the lives of people everywhere but after they hired me because of my qualifications and because of their time working with me at NYU, when they discovered I was technically "disabled" I am one of these people they claim to be helping, they victimized me with prejudices and illegally fired me / Pushed-Out.

During the time that these Scientists knew me, they watched as I was abused for over 2 years by my ex-Fiance Alexis Gambis (also a Scientist Geneticist who also experiments on animals for a living) - one Scientist at NYU actually noted that the symptoms of the abuse were expressed in "anxiety" and he recommended I take medication to treat the symptoms of Domestic Abuse. To then have Roozbeh Kiani victimize me further because I was abused by one of his Scientific Colleagues is extremely scary and I do not think this type of mistreatment and abuses should be tolerated in the Scientific Community. I believe it is revealing of the types of research these Scientists do and I think it should be taken seriously as a measure of the character of the Scientists - which needs to be a factor in assessing whether they should be allowed to do this work or not. I do not believe that Scientists who Abuse Women or Disabled People etc can be trusted to create good science - I believe their science will hurt people when they mistreat and abuse people around them. When Scientists are unwilling to work with the people they claim to be "helping" and demonstrate a lack of respect for the people they claim to be helping, it proves these scientists are unfit to do these jobs because they will injure people with bad, careless, inhumane, desensitized acts of harm, through their science motivated only for their own careers.

There is a long history of Scientific Abuse of Women and I believe NYU needs to help ensure I am able to finish my PhD to undo the damages done by these abusive Scientists Roozbeh Kiani, Tony Movshon, etc who NYU is currently employing. NYU is not the only University employing Scientists who could do better – many schools need to hire better researchers and create new policies and laws that give people power to report when there are issues in lavs in ways that researchers are comfortable with and does not result in people being retaliated against or Pushed-Out of their careers.

Herman

Herman the monkey was a brand new addition to NYU and Roozbeh had just purchased him when he invited me to join his lab. Herman was transported across the country from the West Coast and he was extremely confused and did not seem to understand what was happening but also seemed used to some level of abuse. He allowed people to do things to him, without fighting back and was extremely cooperative and docile, which is common among the other animals I have worked with and seen being tortured and experimented on. It makes this part of the job even harder because the animals are so nice and put up with the abuse in a way that doesn't even make sense – they are so nice to the people working with them that it makes it difficult to watch them suffer.

Herman and a few other monkeys are housed in the basement of NYU and there is a special elevator that is separate from the normal elevators used by people. The cages for the monkeys are so small that I do not believe Herman is able to stand in the cage. There are a few monkeys kept in the same room but separate cages who all seem extremely nice. I helped feed and manage the monkeys and transport and train Herman for the experiment with the Post-Doc in our Lab. The monkeys are transported in a chair that holds them in place. It is a silver metal chair that looks extremely uncomfortable and keeps the monkeys at about eye level with the people working with them. The room that Herman does the experiments in is in Roozbeh's Lab and is completely dark. Herman is set-up to do the experiments in this room, which are automated by a computer and they last hours on end. In order to make Herman do the experiments he is deprived food and water so that he is extremely thirsty and hungry and he will do the experiments for a sip of juice. Each time Herman responds to one of the stimuli in the correct manner, he receives a sip of grape juice. The sugar in the juice is so tempting for him because he is so thirsty and hungry that he does the experiments in order to get a sip of juice.

If Herman gets the answers wrong, then he does not get juice. And there are varied conditions, if I remember correctly, where he can get a longer sip of juice if he answers in the optimal manner.

It was my job to watch the videos of Herman doing this experiment – the videos are slow motion and high-resolution, close-up videos of Herman's face. I spent hours and hours and hours and days working on these videos and watching them - building a coding schema for minute facial expressions that Herman made during the experiment in order to measure his certainty levels for the answers he gives to the tasks of the experiment. I had to hand-place the landmarks used to calibrate the face-tracking script on certain parts of Herman's face for many of the videos and I spent a lot of time watching him. The other researchers spend time with Herman in the dark mostly and I don't think they are forced to watch Herman and his experiences during the experiments. We all love the monkeys and want what's best for them but it is weird watching the videos closely and hearing the explanations given by Roozbeh and other researchers about what the monkeys are feeling, and what our experiments are doing, and then watching actually

in detail, up-close, in high-resolution and even slow motion makes it a very different experience. And I don't agree with some of the things that are said.

For example, when Roozbeh was preparing Herman for the experiments he did a surgery on Herman to instal something so Herman does not move his head during the experiment because Roozbeh's equipment and experimental set-up are designed to be stationary and are not able to move with Herman as Herman naturally moves. As someone with a Graduate Degree in a technology based program, inventing my own IP, I viewed this as a problem that needs to be solve and as something that we could very simply invent a new piece of equipment and software to make it possible for the experiment to work better and for Herman to be able to move naturally and not be impaired or restricted, to be able to function normally and do the experiment. Roozbeh explained that this surgery does not hurt Herman. Rozbeh explained that it is like "going to the Dentist" and that the surgery is equivalent to getting dental work done and he told me not to be alarmed by what it looks like – because it looks horrible, and it looks painful, and it looks so invasive and cumbersome and heavy and difficult for Herman to have in him. I wondered if Roozbeh is saying this to make himself feel better about doing this surgery to Herman, whether Roozbeh actually believes that this is like going to the Dentist, or if he is just talking down to me because I am a woman or something – that he thinks I will believe this absurd analogy that is so obviously not true. It is weird to experience these types of things in the laboratory where as Scientists, Student Employees, we are all told not to TRUST OUR OWN INTUITION and to believe what the researchers are telling us, and we are told to set aside WHAT WE KNOW IS TRUE, and what WE FEEL IS TRUE, and instead ignore our own feelings and listen to people tell us what to think and giving us ridiculous explanations about things to give us a logical explanation to explain away something we know is wrong, and to explain away what we are actually feeling and know is true. I believe Researchers need to TRUST THEMSELVES, and listen to themselves above these logical explanations and logical science based justifications for what we are doing.

Because a lot of it actually doesn't make sense when you think about it.

Roozbeh said the surgery was like going to the Dentist and Herman doesn't feel pain. It seemed obvious to me that this is not possible. But I trusted Roozbeh because he is an expert, and because he is so smart, and he was my Mentor and boss. However shortly after I ignored my own feelings about this, and my own conclusions from what I was observing, seeing, I heard Herman screaming in the room, hallway next to me because the metal was being ripped out of his bone, and it was a tortured scream that was like a person but a monkey. It was so horrible.

It confirms for me that they are in pain and discomfort and that even though they might be ignoring it to try to survive and go on with their days, the animals do not have a choice, and are forced to endure this pain and discomfort and inhumane treatment.

Roozbeh is using a technique that is absolutely unnecessary. It is unnecessarily painful. Painful for no reason. And it is so upsetting to have something be used that is unnecessary and that causes so much pain and discomfort for the animal - and it is permanent. I researched other

techniques that are used in other labs and in other countries. And I found that there are even free roam enormous cages and environments being used in other countries to do their animal research. The monkeys are allowed to live in enormous environments similar to a Zoo, where the monkeys can climb on trees, swing from branches of trees and live normal lives while being in an experiment. The environments have cameras and technology throughout the environments and I was interested in exploring an idea where the monkeys do the experiments when they feel like doing the experiments and they want to do the experiments because the tasks are fun for the monkeys.

Another Researcher told me that in their lab, Tony Movshon's Lab, they were attacked by one of the monkeys and had scratches all along their legs etc. And it seems obvious that improving the conditions for these animals where they are not being forced against their will to endure harms and pain, and discomfort, and starvation and denials of water, would help make the work environment safer for researchers as well. It's obvious that when the animals are being harmed they want to defend themselves.

Watching Herman respond to the stimuli in the experiment was really interesting. He showed obvious emotional expressions analogous to people – I have done this experiment with people in labs at Princeton University and then offshoot types of projects where I've been trained as a Photographer to do Portraiture. So I am very used to watching minute facial expressions very closely, and at high-speeds and high-resolution, working with face-tracking equipment etc and it was really interesting to observe Herman. Herman expressed emotional signs of confusion when he expected to get an answer correct but did not get the answer correct. Herman would expect a juice reward but then no juice would come out of the metal straw he had in his mouth – his eyebrows would furrow and his expression would change from confusion to anger and frustration as he looked down at the straw and tried to suck juice out but nothing would happen. This is one small example of how his emotional expressions indicated perfectly his Confidence Levels in his decision making during the experiment, because he often thought he would get the answer correct and receive a juice reward, but would then be surprised, then confused, which sometimes turned into anger and frustration visibly right before my eyes as I watched the videos.

As Researchers, we are not allowed in Science to call these types of expressions (facial expressions, body movements, external signals of biochemistry) Emotion. The Scientific Community has tried to stop Researchers from using words like "happy", "sad", "surprised" etc with animals. Scientists try to say that Animals do not experience Emotions. Scientists try to say that Animals do not experience Emotions equivalent to Human Beings, but anybody can see that this is wrong. I believe even the General Public would be able to see clearly (without my Graduate Degrees in Portrait Photography etc) that these animals like Herman the monkey obviously express Emotions just like People express Emotions.

Rodents obviously express emotions equivalent to People and use their eyebrows, whiskers and tails and other body parts to do so, often communicating with people using their teeth. Fruit flies also express emotions and communicate using their wings, and by rubbing their legs

together in the front, rear, etc It's easy to see when animals are excited and happy, and also when they are depressed and sad, lethargic, etc Ants express emotions similar to dogs in many ways - Ants and Fruit Flies etc interact with humans and can form personal bonds with individual people who they like. When looking for emotions in animals it is simply necessary to consider the physical differences of the animals and see how these physical constraints, limitations, or additions to their bodies make their emotional expressions appear to be different than people's emotional expressions but you can translate them. I have been interested in doing this using computer science and technology because I think it would improve the lives of animals, and improve the experiments people are doing to be able to communicate with the animals we are studying and understand their internal emotional states etc.

At the time of my experiment with Roozbeh, the Scientific Community at large was attacking Researchers for using the word "emotion" in relation to the animals we study - claiming falsely that animals do not feel emotions the way humans do and forcing researchers everywhere against their wills to remove emotional words like "happy", "sad", "surprised" etc from the language we use as scientists to describe the animals and results we are getting from our experiments and research. It seems dangerous to silence scientists and force people against their wills to publish data and results that they do not agree with due to peer pressures from the scientific community and threats to block peoples careers unless they change facts to the approved facts that people are demanding scientists adhere to. Because everything is peer-review in science, scientists are able to bully one another and get away with it, because if a scientist blacklists another scientist or gets large groups of people to bully particular scientists then their work will not be published and they will lose funding etc. The Scientific Field is in fact not free, and Scientists are peer-pressuring and bullying each other to alter facts and alter results of studies that they do.

The results of my Experiments with Roozbeh Kiani and his lab showed significant promise and statistical significance warranted future experiments to expand on the positive findings from these preliminary studies that we did. However, Roozbeh shut down the experiments before the 6 months of my contract had even finished. It does not make any sense.

Roozbeh had been complaining that I was *"slow"* and made other prejudiced, derogatory statements about me. When I requested accommodations, Roozbeh refused to provide accommodations for me, which he is legally obligated to do. NYU Administrators in CNS refused to provide accommodations for me, which they are also legally obligated to do. Roozbeh was not aware that I was technically "disabled" when he hired me and the evidence and timeline shows that he probably fired me / Pushed-Out because I told people I was "disabled" while working in the lab. Roozbeh refused to meet with me while I was trying to finish the data analysis for the experiment we were doing, which is bizarre. And I managed to finish the experiment anyway and tried to present the results to Roozbeh but he refused to meet with me.

At this time I was also applying to the CNS PhD Program at NYU like Roozbeh Kiani had originally advised me to do as my Mentor and I also applied for the Fully-Funded Scholarship

that Roozbeh had promised to nominate me for with recommendation letters etc. However, he suddenly was refusing to write a letter of recommendation for me to apply to the CNS PhD Program and he sabotaged my Fully-Funded Scholarship for the PhD at NYU. It is extremely malicious to do this to me after he told me to pass-up a Fully-Funded PhD in Neuroscience to work with Roozbeh for 1 year, with the promise of helping me enter the NYU PhD Neuroscience Programs.

I wrote an entire proposal for my PhD Applications to NYU etc and I was offered an Equipment Donation to do my research that is valued over $ 1 million and with the fully-funded scholarship I would have been able to do my PhD Research without costing Roozbeh or NYU any money. I would actually be bringing value to the school and people believed in me and in the work I do, and so they were trying to help me in my career. I shared my ideas and research proposal with Roozbeh, which was an improvement on the set-up and installation we had created for the project we did studying Confidence LEvels. The Equipment Donation would have made the results much more accurate and incredible, accomplishing the goals Roozbeh wrote out for us and helping to prove or disprove his hypothesis with the top-level equipment available on the market. Roozbeh shockingly did not value this proposal and was at the time making disparaging comments about me. He sabotaged my application to NYU etc and has ruined my career in many ways – many other researchers would have liked to work with me and it is not just a violation of our verbal agreements and his promises to me, but his actions are a selfish, horrible, malicious, pointless, mean, cruel, unnecessary abuse towards me to block me from entering the field, and block me from these opportunities that would have enabled me to work with other people even if Roozbeh did not want to work with me. So obviously his motive was to block me entirely.

Roozbeh is unnecessarily abusive to Herman when there are other, less violent, less painful options he could use, and he demonstrated a lack of compassion or empathy or human decency towards me that is concerning.

### *What is Roozbeh Kiani's work actually doing? What is Roozbeh actually studying and how is his research going to be used and applied?*

The unnecessary pain and discomfort and brutality like starvation and water deprivation used on Herman is inhumane. It causes physical harms and injuries, and causes neurological disorders in the monkeys and animals this is done to - this abuse and mistreatment causes mental illnesses, traumas and more in the animals that we are studying. Because we are measuring neuronal function, sometimes the behavior of individual neurons, and recording the brain activity and patterns in electrical signals, this type of extreme trauma and abuse to the animals we are studying is ruining the data we are collecting.

The accuracy of the data is impacted by these inhumane abuses and unnecessary pain, violence, and suffering of the animals. We are actually measuring brain activity of animals who are under extreme duress, mental traumas, and we are causing mental illnesses in the animals

we are studying and then measuring their brain activity. We claim to be studying one thing but we are not due to the extreme abuses we are inflicting on the animals that we are studying.

The starvation and water deprivation techniques that are used with these monkeys to force them to do the experiments and tasks that the monkeys do not enjoy doing causes, not just mental anguish for the animals, but it also seems to result in the animals not being able to perform optimally in the experiments. For example, Herman is so tired because he is not able to sleep properly in his environment, and because he is malnourished that he is not able to keep his eyes open during the experiments. Herman falls asleep regularly during the experiments because the video stimuli is horrible and because of these physical harms done to Herman. The measure of Herman's decisions is his eye gaze patterns and behavior so the entire point of the experiment is that Herman indicate his decisions using his eye gaze, but he is so harmed from these unnecessarily inhumane techniques that the eye gaze tracker cannot even get accurate readings from his eye movements regarding his decisions in the experiments. This seems like an inexcusably major flaw for the experimental design and I believe as researchers we can do better - it would not be that difficult to design an experiment that Herman wants to be a part of and even enjoys doing. The research I did shows that scientists are trying to do this in other labs and in other countries. I believe my interest in these alternate techniques, and proposals for non-invasive work that I wanted to do during my PhD, are possibly motivation for Roozbeh to illegally fire me and push me out of my career.

In addition to this, the stimuli in Roozbeh Kiani's experiment specifically is extremely faulty. His hypothesis does not match the video used to trigger certain responses in the monkeys watching this video stimuli. I believe that Scientists are extremely smart, expert people who are capable of accomplishing so much, but I think it is foolhardy to not use the expertise of people in other disciplines and fields to assist in creating things like video stimuli, or interactive activities and tasks for the animals, people being studied. Some of the mistakes I've observed researchers making in these areas are understandable and easy to correct if scientists begin valuing the opinions of experts in different mediums used in experiments - many researches I have worked with hire me specifically to help in these areas and the work benefits from this, and many of the problems researchers in top level labs throughout the world have asked for help with are easy for people from other disciplines to solve, and working interdisciplinarily has enabled scientists to do incredible work they would otherwise not be able to do – some labs I have worked in include CERN, Rockefeller University Genetics Labs, Princeton University, CalTech invited me, Columbia University, Oxford University, New York University Physics and Center for Neural Science and more.

When I tried to present the results of the research to other people at CNS like Tony Movshon, Tony was extremely agreeable and willing to meet with me to go over the results of the work I did in Roozbeh's Lab. Tony had always been extremely nice to me when I was a Student working in CNS for over 2 years and he agreed to help advise me about the data and promising statistical significance of the results from these preliminary studies, however Roozbeh then blocked me from meeting with Tony Movshon by spreading disparaging rumors about me. Tony

stated this in writing and explained that he was no longer going to meet with me because of the negative things that Roozbeh told Tony about me. I spoke with other Researchers and this is called the PUSH-OUT System in Science where people do not technically fire you, but simply PUSH-OUT people they do not want to work in their field, by refusing to work with them, refusing to recommend them, blocking them together as a giant group in order to Push them Out so they cannot get work and are kicked-out of the field. This is ILLEGAL.

This is Illegal and it happens all the time in Science, in Academia and I believe new laws need to be passed to make sure this stops.

It seems juvenile when people do it to you, and it is bizarre to watch grown men of distinguished degrees have tantrums over petty squabbles with each other or disagreements, to feel threatened by someone who is doing work that could put them out of business or threaten their dominance over the scientific field in their particular area of research – people's motives for doing this are not good and it actually causes problems in Science where people can kick people out illegally for having contradictory findings to their findings, for having different political views, etc. And this makes the Scientific Community as whole one-sided and not Truthful.

Tenure is supposed to prevent people from being kicked-out of their Scientific Positions for sharing the Truth when the Truth might not be popular. But it seems that Scientists are using this to do the opposite. And they are actually abusing their positions of power and Tenure to kick people out because they want to illegally and dishonestly manipulate the science that is being produced and shared with the public.

I was told by an Informant that the President of NYU wanted to fire "half of the Neuroscience Department" in CNS at NYU but that he is unable to do so because the Tenure Contracts make it too financially costly to fire these Researchers. It is scary to think that Research is benign done, even done with monkeys, and Human Beings that should not be done but that due to financial restrictions, this research is being irresponsibly done against people's wishes.

Roozbeh Kiani is from another country and I met the Son of his Scientific Mentor in his country of origin. Roozbeh hired the son of his Mentor to work in Roozbeh's Laboratory at NYU because Roozbeh said that this boy's father hired Roozbeh for his Scientific Laboratory positions overseas. The boy was extremely nice and was hired to do data analysis in Roozbeh's Laboratory. He used his private, personal laptop to do the data analysis, just like Roozbeh had me use my own personal laptop and personal equipment to do my research and data analysis in his lab. It was unbelievable to watch Roozbeh illegally fire me, and break our contracts and verbal agreements, as well as many LAbor Law Violations while illegally hiring this person as a favor to his Scientific Mentor overseas.

I finished the preliminary findings for the Data Analysis and Project in Roozbeh's Laboratory on-time and paid out-of-pocket with my own money for the ENTIRE project, even the software used to analyze the data, and used my Intellectual Property to do the project. I submitted this work to the Vision Sciences Society (VSS), and I was accepted on the first try for my Poster

about this research to be presented at the VSS International Science Conference. This is an Academic Science Conference and there is no financial gain or business transaction for me in any way - it is literally an exchange of Intellectual Ideas and Findings in an Academic Setting. This is the normal, standard procedure for scientists and students to share our results with the rest of the Scientific Community. It is very odd what happened next – Roozbeh Kiani forced me against my will and illegally to withdraw my Poster from this Academic Conference where the Poster had already been accepted and I was scheduled to appear to present the Poster myself, which I was going to pay for out-of-pocket with my own money, yet again.

I believe it is illegal for Roozbeh to shut down this Academic, Professional Opportunity for me. Because I am a Professional Academic, these types of events and honors are the way I have a Professional Career. In the Academic World, presenting Posters and Scientific Papers is our job. That is what my job entails and it is also expected that these results and promising data etc are shared with the rest of the Scientific Community.

Roozbeh was acting extremely oddly the entire time I worked with him in his lab. Unlike other Researchers Roozbeh does not use the NYU Internet and keeps his computers offline to run the experiments because he is afraid people will see what he is working on. He throws out an unusual amount of data that he never shares with the Scientific Community and he never publishes in any of the scientific journals or anywhere. I was able to get extremely promising results from the Data that Roozbeh is throwing out and keeping from people – and there is a lot more to analyze, and a lot of promising findings from this work he is discarding. It is illegal, as far as I know, for Roozbeh to do this and I wonder if the Scientific Funders for Roozbeh's work would be upset that they are not being given the entirety of the work Roozbeh is doing for them with their money.

When I informed NYU about these incidents, NYU protected Roozbeh Kiani and tried to get rid of me, breaking tons of Labor Laws and violating ADA Laws and Protected Classes Laws because I am a woman etc. NYU did not Honor the fact that I am an NYU Alumni and that I was an NYU Student paying NYU to take classes with Roozbeh at the time of this job arrangement. I believe it is obviously in poor taste for NYU to treat its Alumni in this manner, and it is also EXTREMELY ILLEGAL to commit Contract Fraud, Contract Violations and for NYU to then ruin my career and professional reputation in order to cover-up the illegal actions that they committed, and that their new Professor Committed. I would simply like NYU to undo the damages that they have done to me. And I am not asking for money, but simply that NYU fix what they have done to me maliciously.

Even if Roozbeh Kiani decided he didn't want to work with me because of his own prejudices etc, he did not need to block the other researchers who wanted to work with me from giving me the full-funding for my PhD, and the acceptances that they tried to offer me. I believe NYU has also violated its contracts with me as a paying NYU Student because they allowed this to happen and even caused this to happen by participating in the retaliation against me.

Additionally, due to the facts that I PAID OUT OF POCKET with MY OWN MONEY for the entire project, and the entire Data Analysis and results, I believe that this violates a number of laws, in addition to violating our Scientific Agreements with the Science Community as a whole. I would like the Courts to please rule on these events and help restore my ability to present these findings to the Scientific Community. I would like to share my Poster and results at Scientific Conferences and I believe it is even legally required that Roozbeh Kiani allow this to happen.

Given these Labor Law Violations and other circumstances, etc, I would like the Courts to assess who owns the Data, the Results, the Poster and work that I did in Roozbeh's Lab with my own IP, my own Equipment, my own money entirely, and paying for my own living expenses and salary etc.

I was honored to be able to work with Roozbeh Kiani and Tony Movshon, and that he would want to use my IP in his research. I had so many ideas for improving research practices and things we could try as scientists to make our work better. The labs that I have seen are an improvement on what has been done in the past and I know that lots of efforts have been made to improve the way research is done on monkeys. I just know we all want to continue trying to improve things and find better ways to do the research itself. I'm horrified that Roozbeh Kiani would be allowed by NYU to shut down my research which was proposing non-invasive, humane, non-violent, approaches to research animals, including monkeys and others. Many other labs at NYU and around the world have been extremely excited about the work I am developing, and I have been hired to do this non-invasive work in labs around the world and more than 3 different monkey research labs have tried to hire me - it is a tragedy that NYU has supported Roozbeh to shut down my PhD work because they are trying to evade "legal liability" for the Labor Law Violations Roozbeh committed.

—-

THE FLY ROOM
Alexis Gambis

When I met NYU Professor, NYU MFA Student Alexis Gambis (also Alumni Rockefeller University, Genetics PhD) he invited me to work for his Non-Profit organization as a Volunteer. I had already earned two different Undergraduate Degrees at the time in Science and Art – Psychology and Photography - and this non-profit appealed to me because it is an organization that uses art to help communicate science to the general public in an easy to understand manner. The Non-Profit is called Imagine Science Films (ISF) and its goal is to make science more accessible to people - this also appealed to me because I used to Volunteer with my family for the Science Museum in the city I grew-up in to teach the Public about science.

Alexis Gambis invited me to see a science movie with him for ISF, however, (after working for ISF, I now know that he paid for everything with the ISF Non-Profit card) he then brought me back to the ISF Offices, which are his apartment where he lives, and he tried to sleep with me. I ran from the building, procured a cab and went back to my apartment in Manhattan. This scene was later written into a draft of his Thesis movie "The Fly Room" and is actually depicting a real event where I had the impulse to run from him.

I Volunteered for ISF but Alexis Gambis turned this into a personal relationship. He asked me early in our relationship if I would marry him for a greencard and I said sure in passing, not thinking that much about it. But over time our relationship seemed extremely serious and I never thought that his proposal was not motivated by personal affection for me. It actually seems extremely creepy and a very extreme criminal act if he actually did mean to marry me for a greencard because of the nature of our relationship - everyone who saw us together would agree that we spent every moment together. For someone to pretend to romantically like someone else for such a long time and spend so much time with that person… it's a very creepy, crazy thing to do. So it has been difficult for me to believe people warning me that he was "using" me and really doesn't actually like me.

He apparently was using me for Social Security Theft and made comments about how he should be paid for the work he does for his Non-Profit ISF but that the American Government wont allow him to earn money in the USA. He also explained to me that he applied for greencards multiple times but was rejected every time. When his Student Visa ran out at Rockefeller University, he then went back to school at NYU where his mother had received a degree, and he was given another Student Visa to remain in the country. His sister also went to his Undergraduate School and he was given family legacy entry into both schools, as far as I know.

His PhD was the project of another Visiting Student Researcher from France who was in America for a brief period studying at Rockefeller University - this project was given to Alexis Gambis for his PhD and the student who did the project tried to dispute this ownership transfer but there was supposedly nothing he could do because he was sent back to France.

I witnessed him doing a similar trick at NYU MFA for the movie he made with James Franco and other students - and then he did the same thing for his MFA Thesis at NYU when he tried to not credit me for the work I did on the movie. He was not able to write the script himself and I had to help him write the script, just like his Mother and Brother-in-Law among others have had to help him with other scripts. It was fun at first but then became too much work - so much work it was interfering with my work at NYU. I told him I would need credit for the work I did because it far exceeded friendly help and he became abusive - domestically actually abusive screaming and yelling and name calling, threatening - when I asked for credit and tried to talk to him about the issue. When a witness at NYU Tisch caught Alexis cheating on his NYU Thesis Script, Alexis tried to claim that the reason I was writing the script for him was because English is his second language. Obviously this is a lie, and I was not helping with "English" translations (the spelling errors and grammatical errors in the script will prove I was not a "script editor" for English

translation) and so I realized that he was cheating and not supposed to be doing this based on the other students reactions to me writing the script for him. On the set of "The Fly Room" Alexis Gambis also showed-up everyday completely unprepared and never had shot-lists made or storyboards made - Pedro Gomez Milan who is an excellent Cinematographer actually had to storyboard everything for Alexis Gambis moments before we started shooting, and Pedro is the one who created the visual "vision" for the movie. I believe Pedro deserves a bigger credit for his work on the movie.

Other people on the film were fighting over points and credits. Alexis Gambis took out his stress and anger on me that was actually aimed at the other Producers and people on the film who claimed their work was not being compensated properly. I've never seen any film or TV or commercial or student art project more disorganized and chaotic in my life.

Alexis Gambis fundraised a lot of money, donations for the movie and I believe he did an excellent job as a Producer, I just wonder whether NYU considers this cheating aspect an issue for Alexis Gambis' MFA Degree. NYU and Rockefeller University were giving Alexis Gambis credibility through their support of Alexis and the degrees that he was given. He was able to run ISF and his For-Profit companies because of these accreditations from these prestigious universities. As a Student at NYU I was working for Alexis Gambis, Volunteering and more during my time at NYU and I believe that NYU enabled these Labor Law Violations and money embezzlement, fraud that was committed by supporting these companies and allowing these companies to p[ay for the homework that Alexis made for NYU, where he received course credit and academic degrees, and also employment in his Professor position and Teaching Assistant roles at NYU.

ISF is a Non-Profit but he also has a For-Profit called Imaginal Disc (ID) The companies are run together and Alexis Gmabis makes purchases with the Non-Profit company so he doesn't have to pay taxes when he uses the equipment etc to do work with the For-Profit Company ID. Alexis Gambis manages all of this on his own and I watched him sign other Board Members names on documents that I do not believe they even know Alexis was signing for them.

It doesn't seem fair that when my lawyer was trying to negotiate the script credit (we never sued or intended to sue - it was strictly mediation because Alexis Gambis was abusive when I tried to talk to him) that the Board Members would have to pay for Alexis stealing money from me / committing Social Security Theft. I don't think that the other people involved with ISF/ID were aware of the crimes Alexis Gambis was committing. Alexis Gambis owed me funds that he took from me illegally and I was asking for reimbursement but I believe he forced Board Members to pay for his theft, which does not seem fair to me. Alexis Gambis owed me the funds I requested, not the Board Members or the companies.

Additionally the fact that Alexis Gmabis refused, even after the legal mediation, to share credit for the script work I did is just appalling – in my career I normally make a day rate of about $600/day and I did everything for Alexis Gambis for free. I did not even receive course credit for

the work I did - it was just uncredited work that took my time away from other projects and work that I was paying to do at NYU.

Alexis Gambis always had me work for him at his apartment / ISF Offices / ID Offices / Alexis Gambis' Apartment and this is obviously Labor Law Violations that break a ton of laws for labor exploitation, property theft, financial theft/embezzlement, sexual harassment etc His best friends told me Alexis was using me but it was really difficult for me to see that he was doing this - they tried to break us up and definitely were good people to try to help with this situation.

Alexis Gambis started a Science Laboratory in his Personal Apartment / Imagine Science Films Office / Imaginal Disc Office - Alexis took (with approval) boxes of Fruit Flies and beakers and minor equipment from Rockefeller University Genetics Labs to do controlled breeding of the Fruit Flies for the NYU Thesis Film "The Fly Room". He pitched people on the idea that the Fruit Flies were Actors in the movie and he wanted to breed them in his homemade science lab to look a certain way, so these fruit fly actors would have specific physical aesthetics that he wanted for the look of these actors in his movie. He told people he was breeding the fruit fly actors for specific eye color, body color, etc for a desired look for his movie.

Alexis Gambis was breeding boxes of fruit flies which he took from Restricted Access Genetics Laboratories at Rockefeller University in his kitchen, in his personal apartment, which he says is an Office for ISF/ID. There were Fruit Flies everywhere, flying all over the kitchen, flying out the windows, breeding on food that we eat in the kitchen. etc. The smell was unbelievable and it was obviously not hygenic and in violation of every single code imaginabel for science labs, every law for safe science imaginable because they are exposed to diseases and biohazard chemicals in the Genetics Laboratory where he picked them up.

Alexis was also mailed highly rare genetically modified fruit fly that was grown in a Science Lab to have 4 wings instead of the normal 2 wings that Fruit Flies are naturally born with - he filmed this fruit fly in his personal apartment in a scene he set-up where he tried to breed the Genetically modified Fruit Fly with another fruit fly that he was given by Rockefeller University's Genetics Lab. He explained to me while he was filming that the fruit fly is born in horrible pain and spends its life in horrible pain, suffering because of the genetic modification made to the fruit fly. The fruit fly has 4 wings but it is unable to fly. He filmed the fruit fly through a microscope, dying in horrible agony (too much to write) and I believe what he did to it was torture, adding to the suffering of this animal while it was dying. I do not believe that the Science Labs would have given Alexis Gambis these animals if they knew what he was going to do to them - it is not science and it is also horrible, inhumane. The fact that Alexis Gambis described to me how much in pain this animal was in while he filmed and tortured it, was so disturbing to me, I cried openly while he was filming and he laughed at me, and thought it was funny that I felt sadness for the pain of this animal – he described to me the pain and how much suffering the animal experiences from birth due to the Genetic Modifications done to this animal before it is even born. It is born in pain and then endures experimentation that causes more pain - Alexis was inflicting pain on it and the whole thing was so disturbing. It is as if he does not even understand the words he is saying or describing to people –

The fruit fly was a female and he was abusing it and torturing it to death, filming this and laughing at me for crying and trying to find a way to save the fruit fly's life.

Alexis Gambis explained to people on-set of the movie and to me that the Fruit Fly Actors are portrayed in the NYU Thesis movie "The Fly Room" using high-resolution cameras and shown at a size where they are analogous to people, to actual actors in the movie and in real life. Scientists experiment on animals because of the similarities between animals and people, using the research done to animals to apply the research to human beings. He tried to show the Fruit Flies at a size on-screen in a movie theatre where they are large enough to see them as you would see a normal person or actor in a movie. The first time I saw a fruit fly under a microscope it looked similar to a dog to me - similar in the way it was acting.

On the set of "The Fly Room" the fruit flies were flying everywhere and being squished and murdered by accident by people on-set - the flies were being harmed from people drugging them with alcohol, ethanol, and then accidentally stabbing them horribly with sharp brushes and tools. There was no animal wrangler, which is required legally on the sets of movies, TV, commercials etc. It was horrible to watch and because it was a student film people did not seem to understand what was going on. All of this was illegal and violated codes from scientific laws and film laws etc It would be nice if NYU helped correct this situation.

Fruit Flies are capable of developing personal bonds with specific people, recognizing people and forming strong relationships with people they care about. The parents demonstrate protective behaviors of their offspring and watch over their babies even at the earliest stages of development, trying to ward off potential predators when the parents detect danger. Fruit Flies exhibit behaviors that demonstrate sadness, excitement, gratitude, and other emotions. I have observed Fruit Flies seeking out specific people that they care about and trying to communicate interspecialty using their wings, front legs and rear legs etc repeatedly with the same person as the Fruit Fly develops and grows, gaining more communication skills. Fruit Flies have demonstrated the ability to understand how humans hear and see, going out of their way to communicate with humans despite the differences in the ways their species comunivates, but they seem to be overlooked due to their size.

It was upsetting to see people on-set murdering fruit flies after they listened to the description of Fruit Flies over and over given by the Actors and Alexis as part of the scenes of the film. The fruit flies were being portrayed through the power of cinema and microscope lenses as analogous to humans, even the same size as an Actors on-screen in theatres but then nobody understood this in real life and because of the small size of the fruit flies nobody even considers the death an actual death. It's interesting that concave lenses used in microscopes have been around the planet for as long as they have and these microscopic worlds exist alongside our own, throughout history.

People are predominantly visual in their sensory perception of the world and for some reason do not register smaller creatures as being significant in the way they see larger creatures and consider their lives. The number of deaths that occur in the scientific labs studying fruit flies, for example, is incalculable – Fruit Flies are chosen as a specimen to represent Humans in the Scientific Labs because their lifespan is so short scientists are able to study generations of fruit

flies in a very short timespan. In the limited timespan of a Scientists' Human Life, by working with the Fruit Fly Animal Model to represent people, Scientists are able to study countless generations of fruit fly families - torturing them, exposing them to diseases, genetically modifying them, growing them in science labs etc This is how people discovered Heredity as it relates to Genetics. But murder is illegal and not even a bug is supposed to be murdered - from these deaths a horrible thing has emerged. Even in the name of Science this should not be done and Genetics is horrific and should not be done. There is never a reason good enough to sacrifice a life for another life.

Fruit Flies and Human Babies, among other Animals, are studied in science labs - the development of human fetuses is portrayed in the movie alongside the fruit flies. Because the human babies are no longer called "babies" and have different scientific terms for their stages of development, Scientific Researchers do not seem to register that they are experimenting on People.

I would like to ask the courts to rule on scientific growth of Human Beings in Labs and make it illegal from the issues I bring to court for this lawsuit. I believe it should be illegal to grow human babies in labs and experiment on human babies in labs.

As a Woman, I have seen my own eggs inside me through a medical device and my reaction to seeing them definitely revealed to me that even the small
eggs are babies and should not have these new names, scientific terms applied to them. It's upsetting that the discovery of DNA was stolen from a woman, and not shared with Rosalind Franklin who discovered DNA, and that our insights and opinions about this field of research are not being respected, and are being stolen by the men.

Scientists do not understand that they are experimenting on Human Babies - they consider them as if they were the animals we experiment on. Making comments about First Author and Paper Battles between labs and who is going to make the discovery first - Scientists patenting the human genome, discovery by discovery, copyrighting and owning this discovery and the ability to grow biological material in science labs. Scientists think that they are helping people but we are not and they're not listening to anybody. People in Silicon Valley arguing over what percentage of the person's original body needs to be present in order for the person to be considered the same person. This needs to be made illegal.

I believe that Scientists need more legal restrictions on declaring the number of deaths that occur in their labs so the General Public understands how many sacrifices were made in order to develop the products that they are buying. I believe many people would not buy the products they are using if they came with a Warning Label about the number of Animals murdered.

For example, I am concerned about the Fetuses used in Scientific Laboratories and I have seen how the animal bodies are disposed - I assume it is done in a similar manner by throwing them away in the garbage and I would like laws to be passed to require a religious leader to handle the funeral processes for the fetuses. I believe that Scientists are not understanding the number

of lives lost for the making of their experiments and that we are not thinking about the fetuses as babies or lives at all. I think Religious Leaders should be allowed to help with the bodies in labs so that the Scientists become aware of these individuals as sacrificed lives for the products that they are developing.

—-

I am asking as part of this lawsuit that "The Fly Room" movie follow laws to depict the accurate number of lives lost during the making of this movie - the number of animal deaths. This is a legal requirement and the fact that Alexis Gambis does not even consider the lives of the animals lost, or include this in the movie, I think summarizes this entire issue. I think it is important that people know this number and that this be included in all copies of the film.

I witnessed Alexis Gambis editing the movie right before a screening I saw, and I am also concerned about the "locked" picture rules because he has a lot of unused footage and does not like following laws.

Alexis Gambis was extremely abusive and I tried at one point to go to the police to report the abuse with another NYU Graduate Student - the student was too afraid to go with me and so I was also unable to report to the police. I believe this violates Mandatory Reporting Laws and the fact that people at NYU knew I was being abused by this NYU Professor, NYU Graduate Student but nobody did anything is really horrible...
NYU, as far as I remember, never trained any of us in our Graduate Program to handle sex based crimes, Mandatory Reporting Laws, domestic abuse, abuses from NYU Employees, Labor Law Violations and more.

I know that Alexis Gambis domestically abused his ex-girlfriend who he dated before me to the point that she tried to kill herself. People seem to blame her for trying to kill herself because of the stigmas about people, instead of viewing her as a victim. People seem to think that it is the fault of the person themselves and the term "mental illness" is even used for people who are considering suicide - but in cases of domestic abuse and other forms of abuse, I believe it is the fault of the people causing the person's pain and suffering. Alexis Gambis' desensitized reaction to her attempted suicide is also upsetting - he made an NYU movie that he received course credit for towards his MFA where he carries her out of his apartment symbolically in a body bag.

He also made a movie, which he received course credit for in his NYU MFA where he dressed-up as a fruit fly and filmed the human-size fruit fly having sex with a human woman. His job at Rockefeller University in the Genetics Lab he worked in was watching, recording fruit flies. He idolized Calvin Bridges, who he made his NYU Thesis movie about because Calvin Bridges went to Brothels/Speak-Easys during prohibition era. And Calvin Bridges was almost denied the Nobel Prize because of his unsavory sexual life, which was important to people at the time.

Alexis Gambis made sexual comments about the Actors in the movie while we were on-set and created a work environment that was so upsetting it was difficult to be involved in this NYU

Thesis movie. He was completely disrespectful to these Actors and was also treating me in the same abusive manner while I worked with him / for him on the ISF/ID projects.

We went on a location scout to the area where we filmed part of the movie and he timed the trip so that we would be there for an epic party that I did not know he planned on taking us to for this professional trip. When we arrived I believe it turned out that the party was no longer allowed to happen at all because of the abuses that happen to women and others, the dangers to people's lives etc that historically happened at these parties, which he was apparently trying to immortalize and iconicize in his NYU Thesis movie.

It is offensive to me that Alexis Gambis is portraying this movie as a women's empowerment movie for women in STEM because he wrote the script from the perspective of the Scientist Calvin Bridges' daughter. He chose to do this in order to get life rights for the movie from Calvin Bridges' actual daughter who was still alive - and then stole partial credit for writing the script from a woman in STEM. Alexis Gambis also made disparaging sexist, sexually depraved comments about Calvin Bridges' daughter while he was editing footage of her at his apartment for the NYU Thesis movie. And the entire thing is absolutely offensive as a woman to watch him do this. Calvin Bridges was an orphan and I believe his achievements in Science are noteworthy, especially because of the personal obstacles and struggles he had to overcome to achieve the Nobel Prize - and I'm sad that I don't think this was made clear in the movie.

When NYU hired Alexis Gambis to be a Professor and the New School hired him as well, I attended a class where I had to watch him hit on his students outside the classroom during a break. He bummed cigarettes from his students and then asked for their phone numbers so he could meet-up with them later. It is upsetting that people like this are rewarded for their behavior and people trying to report them or get through life by following the rules are not rewarded.

NDA
**Laboratory In Private Residence / Imagine Science Films Office / Imaginal Disc Office.
Alexis Gambis forced me against my will and under duress to sign an NDA but I did not want to sign an NDA. I would like one of the outcomes from this case to void the NDA and any contracts etc that he forced me to sign under duress.

**RESOLUTIONS     TBD? Some possible resolutions/parts of a resolution...

Re: Roozbeh Kiani
I would like the Judges to rule on the IP Ownership of the Scientific Research conducted at NYU in Roozbeh Kiani's Laboratory – the Data Analysis that I paid to do, the equipment installation and more – and for the Judges to please award me permission to present my Scientific Findings to the Scientific Community at Academic Conferences and in Academic Settings, as the laws already dictate should be done.

Do the American People own the results and data? Does NYU? Does Roozbeh Kiani or do I own this work that I did?

Perhaps NYU should face punishments for putting "legal liability" before their students/employees, and for participating in a contract / labor scam against me while I was still a student paying tuition to be there.

I would also like a ruling on the Labor Law Violations committed by Roozbeh Kiani and for a recommendation letter to be written by the Director of CNS or proper Professor at NYU to undo the damages Roozbeh did to my career, and more… to try to figure out what a proper resolution would look like for students who are "Pushed-Out" under these circumstances and lose Fully-Funded PhD Offers and Opportunities for their Professional Careers due to these illegal actions.

Re: Alexis Gambis
*Alexis Gambis should pay the Board Members funds he owes them because they should not have been forced to pay for the money Alexis Gambis illegally took from me and owes me.
*I would like the film to follow legal requirements regarding the public warning about the number of deaths, injuries, tortures, murders of animals that occurred during the making of the NYU Thesis Film "The Fly Room".
*I would also like my name removed from the "Story by" credit because this is not an accurate depiction of my work on the movie – it would be nice to have an accurate depiction of the work I did on the script, and I believe the footage of the woman featured in the movie, Betsey, should be subpoenaed for people to review to make certain that her story was told properly.
*Is it illegal to force people to sign NDAs under these circumstances - especially when the people are trying to report criminal activity and law violations?

Re: Scientific Violations
I would like to ask the Judges to please rule on whether it should be made illegal to grow Human Babies in Laboratories, and to rule that it should be illegal to experiment on Human Babies in Science Labs.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Louisville Area Office**
600 Dr. Martin Luther King, Jr Place, Suite 268
Louisville, KY 40202
(502) 694-3940
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/13/2023

**To:** Miss Rose Meacham
555 W Madison St Unit 906
CHICAGO, IL 60661
Charge No: 520-2021-02729

EEOC Representative and email:     MARCUS SANDERS
Federal Investigator
marcus.sanders@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Michelle Eisele
07/13/2023
Michelle Eisele
District Director

**Cc:**
Daniel Saperstein
New York University
70 WASHINGTON SQ S
New York, NY 10012


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

#### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

#### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

#### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 520-2021-02729 to the District Director at Michelle Eisele, 101 West Ohio St Suite 1900

Indianapolis, IN 46204.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

### Notice Of Rights Under The ADA Amendments Act Of 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.
- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system**.**
- ✓ **Only one** major life activity need be substantially limited.
- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or "**in remission**" (e.g., cancer) is a disability if it **would be substantially limiting when active**.
- ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

Enclosure with EEOC Notice of Closure and Rights (01/22)

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

- ✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

***Note:*** *Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For moreinformation, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.