1:23-cv-09913     12-10-2023

FILED
DEC 14 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
SH

Dear Honourable Judge Leinenweber

The previous documents I filed detailing the unexpected assault which occurred in the streets recently is still requiring hospital/Doctors visits to fix the injuries and make sure everything is okay. My CT Scan and other appointments have taken so much time, and appointments related to damages, are interfering with my schedule. The free insurance system in the state of Illinois is <u>so</u> slow - and I normally use different medical systems, paying out of pocket that

are faster, but I cannot afford to pay out of pocket for the injuries I have incurred, and the free insurance system is making it impossible to meet these court deadlines. As I would normally be able to meet these deadlines easily, even paying out of pocket for Doctors to quickly fix these injuries done to me, there is not much I can do about it because of all the financial damages done to me.

I'm sorry to ask for this extension to finish the documents for your Honour, but

I will not be able to adequately meet your requirements or deadlines without an extension. Would January 20, 2024 be acceptable for your Honour?

Please let me know if another day is better for you and I happily try to accommodate.

Because I am not ~~can~~ from Illinois, these slow ~~services~~ and navigating these different ways of doing insurance are new to me and are taking longer than I expected, as well as the new forms of financial obstacles in front of me, etc. Please refer to Police # R.D. No. JG485978 IUCR code 0430 Battery, aggravated, etc. — this report has details if necessary. I look forward to hearing from your Honour. Thank you! — Rose