Dear ~~Honourable~~ Harry Leinenweber—

I spent the day at the Doctors' Office and at the labs getting x-rays for my assault injuries, etc. The Doctors finally prescribed proper antibiotics, for the virus/sinus infection and it will take about 10 days for the medication to eliminate this sinus infection. I apologize again for not being able to meet this deadline for the Amended Complaint and I hope you will please grant an extension — if you don't mind February would be safe deadline to meet. I've included evidence proof that I was at the Doctors and I wish the Doctors had ~~been~~ able to treat this sinus infection sooner.

Have a happy holiday and I will work on these documents over the holidays.

Thank you,
Rose

P.S. Would it be possible to meet again for a status update in January

regarding serving the Defendants because some of them are not American Citizens and their addresses are unknown. Thanks again!

---

## Walgreens

#15971 259 E ERIE ST
CHICAGO, IL 60611
312-649-6707

815    3846    0042   12/22/2023 1:04 PM

FSA RX C592453                      0.00
FSA RX 0592452                      0.00

    TOTAL                           0.00
    CASH                            0.00

THANK YOU FOR SHOPPING AT WALGREENS

DID YOU KNOW THAT YOU CAN EARN UNLIMITED 1% WALGREENS CASH REWARDS STOREWIDE AND ONLINE? SEE OUR WEEKLY AD FOR MORE INFORMATION. ITEMS CHANGE WEEKLY. RESTRICTIONS APPLY. FOR TERMS AND CONDITIONS, VISIT MYWALGREENS.COM

RFN# 1597-1423-6467-2312-2203

myW

HUNDREDS OF PHARMACY PLANS STILL COVER COVID-19 OTC TEST KITS, ASK THE PHARMACY IF YOUR PLAN COVERS TODAY!

How are we doing?
Enter our monthly sweepstakes for
$3,000 cash

Visit

---

Welcome to
Northwestern Medicine

xrays  foot ankle
A167
knee

Fri, 22 Dec Hr 11:41 AM

Please note, as there are several services on the floor, numbers are not called in numerical order

Dr. Reuter