Motion: To request Mediation

1:23-cv-09913

Dear Honourable Judge Lemenweber,

Would mediation be an option to resolve these matters with Roozbeh Kiani, NYU? Because I am not asking for money or anything in this case it would probably be very easy and quick to correct these matters so I can move forward in my career.

I am Pro Se and not sure how to request or arrange this with the Courts?

I hope you are having a nice Holiday and I look forward to reading your response.

Thank you,
Rose

FILED
DEC 29 2023 MCP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT