**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Rose Meacham

                Plaintiff,

v.                                   Case No.: 1:23−cv−09913
                                           Honorable Harry D. Leinenweber

Roozbeh Kiani, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 16, 2024:

      MINUTE entry before the Honorable Harry D. Leinenweber: Regarding Plaintiff's motion for attorney representation [8], "there is no constitutional or statutory right to counsel in federal civil cases." Romanelli v. Suliene, 615 F.3d 847, 851 (7th Cir. 2010). Pursuant to 28 U.S.C. § 1915(e)(1), the Court has discretion to recruit counsel for an indigent litigant. Ray v. Wexford Health Sources, Inc., 706 F.3d 864, 86667 (7th Cir. 2013). In determining whether to appoint counsel, the Court inquires (1) whether plaintiff has "made a reasonable attempt to obtain counsel or been effectively precluded from doing so," and in consideration of the difficulty of the case, (2) whether the plaintiff "appear[s] competent to litigate" the matter herself. Pruitt v. Mote, 503 F.3d 647, 654 (7th Cir. 2007). Here, Plaintiff has provided nothing regarding her attempts or her financial need to secure counsel. Plaintiff's motion is denied without prejudice. Plaintiff's motion to request mediation [13] is denied without prejudice with leave to re−file once all counsel is in the case. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.