**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 03 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rose Meacham )
Plaintiff )
)
v. )
)
Roozbeh Kiani, )
Defendant )
New York University, etc.

Case Number: 1:23-cv-09913

Judge: Leinenweber

Magistrate Judge:

Dear Honorable Judge Leinenweber,

I am checking on the status of the case and what the deadline is to file the Amended Complaint?

Thank you,
Rose