23 CV 9913

I am also wondering if I am allowed to file a lawsuit due to the attached NDA that Alexis Gambis forced me to sign under duress — is it illegal for someone to force you to sign an NDA (Non-Disclosure Agreement) so that they can cover-up the crimes they have committed, and stop someone from reporting their crimes?

**FILED**

MAY 31 2024 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

3:26

◀ Safari　　　　　　　　　　　　　　📶 LTE 🔋

< 　　　　　**Imaginal Disc**　　　　  🔍



# Imaginal Disc

 **60** likes · **60** followers

Imaginal Disc is a production company that specializes in scientific films, videos, and series that emphasize visual storytelling.

👍 Like 　　　 💬 Message 　　 ⋯

**Posts**　　About　　Videos　　More ▾

## Details

ℹ️ **Page** · Arts & entertainment

🔗 imaginaldisc.com

⭐ Not yet rated (0 Reviews)

 Home　 Reels　 Dating　 Profile　 Notifications　 Menu

3:27
◀ Safari                                              ••ıll LTE 🔋

‹                          **About**

## Category

  Arts & entertainment

## Contact info

📍  **New York, NY, United States, 11215**
    Address

🌐  **http://www.imaginaldisc.com/**
    Website

## Basic info

⭐  **Not yet rated (0 Reviews)**
    🌐 Public

## Page transparency                              See all

Facebook is showing information to help you
understand the purpose of this Page.

  **185928111432525**
    Page ID

  **January 19, 2011**
    Creation date

  **Admin info**
    This Page can have multiple admins. They may have
    permission to post content, comment or send
    messages as the Page.

  This Page is not currently running ads


Home


Reels


Dating

Profile

🔔 9+
Notifications

 9+
Menu

3:27

◀ Safari

LTE

◀     **About**

## Basic info

 **Not yet rated (0 Reviews)**
🌐 Public

## Page transparency     See all

Facebook is showing information to help you understand the purpose of this Page.

 **185928111432525**
Page ID

 **January 19, 2011**
Creation date

 **Admin info**
This Page can have multiple admins. They may have permission to post content, comment or send messages as the Page.

 This Page is not currently running ads.

## Likes     See all

 The Fly Room

## Following     See all

 The Fly Room

    

Home    Reels    Dating    Profile    Notifications    Menu



3:27

◀ Safari · · ·ll LTE 🔋

✕ 〈 **Facebook** · · ·
🔒 www.imaginaldisc.com

MENU

# imaǧinal D|SC

Imaginal Disc is a production company focused on innovative and diverse storytelling that challenges norms and stereotypes in science and film. Our mission is to involve scientists in the process of filmmaking in every stage of the process. We treat every film project as an organic process that adheres to the scientific method and celebrates the scientific process.

 

## AGREEMENT

Agreement made as of this 19th day of November, 2015 between Alexis Gambis, The Fly Room, LLC, Imaginal Disc, LLC and Imagine Science Films Corp. (the "Gambis Parties") c/o Phillips Nizer LLP, 666 Fifth Avenue, New York, New York on the one hand and Rose Meacham ("Meacham") [address] on the other.

Whereas certain differences have arisen between Meacham and The Gambis Parties; and

Whereas the parties wish to amicably resolve their differences without any admission of liability or wrongdoing by any party on the terms and conditions set forth below.

In consideration of the mutual covenants set forth below, it is hereby agreed:

1. Provided that Meacham delivers an executed copy of this agreement and the Non-Union Crew Memo and Rider, attached as Exhibit A, the terms of which are incorporated herein ("the Crew Memo"), by November 24, 2015, Meacham shall receive a shared story credit in the on screen scrolling end credits of the motion picture entitled "The Fly Room" (the "Picture") in all versions of the Picture created after execution of this Agreement as follows: "Story by Alexis Gambis and Rose Meacham." The Gambis Parties shall submit a request to IMDB to add the credit to the Picture's full cast and crew listing.

2. The credit set forth in Section 1 above shall be in addition to the shared co-producer credit already accorded to Rose Meacham in the current edit of the Picture which credit (including the form and placement thereof) shall remain as is in subsequently edited versions of the Picture. No casual or inadvertent failure to comply with the foregoing credit requirements in the course of exploitation of the Picture shall be deemed a breach of this Agreement. Upon written notice from Meacham, the Gambis Parties shall use good faith efforts to cause said omission to be cured on a going forward basis only. For the avoidance of doubt, there shall be no obligation to withdraw "prints" that are already in circulation.

3. The Fly Room LLC will cause Meacham to receive a point participation in the net profit from exploitation of the Picture equal to one point from the producer's share of net points (equal to .5 percent of 100% of net points), pursuant to the Crew Memo, provided that Meacham executes it as an independent contractor, said sum to be paid twice annually when, as and if there are producer's net profits paid to all other Participants in producer's net profits. Meacham shall have the same rights to accountings and audits as those afforded to other Participants in producer's share of net profits, which shall be most favored nation as provided in the "contingent compensation" term of the Crew Memo. Meacham hereby acknowledges that she has previously received the full fee of $3,000 referred to in the rate section of the Crew Memo.

4. Imagine Science Films Corp. on behalf of itself and the other Gambis Parties shall pay Meacham the amount of $5,000. upon Meacham's execution hereof. Said payment will fully discharge the Gambis Parties, and each of them, from all liabilities and obligations pursuant to any oral or written agreement between Meacham and the Gambis Parties and any other alleged promise or understanding between Meacham and the Gambis Parties which are hereby superseded by this Agreement. Meacham specifically acknowledges that said payment includes any amount due her from the Gambis Parties including , but not limited to any alleged loans to Imaginal Disc, LLC and her employment with Imagine Science Corp and the termination thereof with respect to, without limitation, wages, salary, commissions, bonus, vacation pay and any other benefit payment.

5. For good and valuable consideration receipt of which is hereby acknowledged, Meacham (including her heirs, representatives and attorneys) and the Gambis Parties (including all of their officers, shareholders, members, directors, attorneys, licensees, successors and assigns) hereby release each other from any claims, debts, damages, liabilities, demands and causes of action of any kind or nature whatsoever in law or in equity, whether known or unknown, which each has or may have against the other from the beginning of time until the date hereof (the "Claims"), excluding only the rights and obligations set forth in this Agreement and the

Crew Memo. In addition, the parties hereto agree never hereafter to assert the Claims and hereby covenant never to sue the other based thereon.

6. Neither Meacham nor the Gambis Parties (or any of them) will disparage the other or take any action which could reasonably be expected to adversely affect the other's personal or professional reputation. The parties hereto agree to keep this Agreement and the terms thereof, strictly confidential and not disclose its existence, terms or Meacham's underlying claims leading up to this Agreement to any third party except to their tax advisors, legal counsel and as may otherwise be required by law.

7. Meacham agrees to indemnify and save harmless the Gambis Parties and any person claiming through them, their directors, members, employees, representatives and agents thereof, from and against any liabilities, losses, claims, demands, costs (including, without limitation, reasonable attorneys' fees) and expenses arising in connection with (a) any breach or alleged breach of any representation, warranty or agreement of Meacham under this Agreement or the Crew Memo. The Gambis Parties agree to indemnify, defend and save harmless Meacham from and against any liabilities, losses, claims, demands, costs (including, without limitation, reasonable attorneys' fees) incurred by Meacham (other than those arising out of a breach of Meacham's representations, warranties, agreements or undertakings or, any criminal or tortious acts by Meacham) arising from the Gambis Parties breach of any representation, warranty, undertaking, or agreement or from the development, production, distribution or exploitation of the Picture. Each party hereto will, upon the presentation of any claim or notification of the institution of any action with respect to which indemnification might be required hereunder, promptly notify the other of the presentation of such claim or the institution of such action. The Gambis Parties will have the absolute right to control the litigation or other resolution of any claim, demand or action to which any indemnity under this Paragraph applies.

8. The Parties acknowledge and agree that all services, if any, required of Meacham under the Crew Memo have been completed.

The Fly Room, LLC

By:_____
    An authorized signatory

Imaginal Disc, LLC

By:_____
    An authorized signatory

Imagine Science Films Corp.

By:_____
    An authorized signatory

_____      _____
Rose Meacham               Alexis Gambis



Rose Meacham <meacham.rose@gmail.com>

## ISF
4 messages

**Matthew Lopez** <matthew.lopez08@yahoo.com>                    Mon, Jan 9, 2012 at 10:08 PM
Reply-To: Matthew Lopez <matthew.lopez08@yahoo.com>
To: "meacham.rose@gmail.com" <meacham.rose@gmail.com>, Alexis Gambis <agambis@gmail.com>

Rose and Alexis,

I pursued Imagine Science Films in efforts to obtain significant experience running a company. Granted I do not have first hand experience being responsible for every aspect of a business's financials, I've been fervently researching and utilizing every resource I have to better prepare me for such a task. I find it unfortunate that what I have seen in the five weeks I have been volunteering my time at ISF has convinced me that I will be unable to gain any valuable experience and it is no longer worth my time. I'm not sure how ISF has been able to retain its status as a certified nonprofit when it is clear to see after looking at your statements that Alexis has been using the company for his own personal profligacy. I hoped I would be able to change that and I would be able to help alter the environment of ISF, but after 6 visits, Alexis has only been there once. It is apparent that communication of vital ISF related topics is discouraged when Alexis, you refuse to elaborate on what transpired during business trips to Dublin, and Rose, you refuse to give me Alexis' email address after I asked on three separate occasions. One would think communication and transparency should be a top priority, especially when the executive director's personal life meshes so intricately with the goals of ISF. Effective immediately, I am relinquishing all of my duties as an accountant for Imagine Science Films.

Matthew Lopez

---

**Alexis Gambis** <agambis@gmail.com>                    Mon, Jan 9, 2012 at 10:15 PM
To: Matthew Lopez <matthew.lopez08@yahoo.com>
Cc: "meacham.rose@gmail.com" <meacham.rose@gmail.com>

Matthew,
I am unclear about some of your comments but I appreciate your help and wish you all the success in the future.
Thank you for everything.
Best,
Alexis
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                    Sun, Oct 6, 2013 at 5:37 PM
To: Rose Meacham <meacham.rose@gmail.com>

- -- -- -- -- -- -- -- --
**Rose Swan Meacham**
*Masters Candidate, '14*
New York University || Tisch
rsm397@nyu.edu
917.613.4422
[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>
To: Rose Meacham <meacham.rose@gmail.com>

Sun, Oct 6, 2013 at 5:37 PM

- -- -- -- -- --- --- -- -- ---
**Rose Swan Meacham**
*Masters Candidate, '14*
New York University || Tisch
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]



Rose Meacham <meacham.rose@gmail.com>

---

## ISF
4 messages

---

**Matthew Lopez** <matthew.lopez08@yahoo.com>                Mon, Jan 9, 2012 at 10:08 PM
Reply-To: Matthew Lopez <matthew.lopez08@yahoo.com>
To: "meacham.rose@gmail.com" <meacham.rose@gmail.com>, Alexis Gambis <agambis@gmail.com>

Rose and Alexis,

I pursued Imagine Science Films in efforts to obtain significant experience running a company. Granted I do not have first hand experience being responsible for every aspect of a business's financials, I've been fervently researching and utilizing every resource I have to better prepare me for such a task. I find it unfortunate that what I have seen in the five weeks I have been volunteering my time at ISF has convinced me that I will be unable to gain any valuable experience and it is no longer worth my time. I'm not sure how ISF has been able to retain its status as a certified nonprofit when it is clear to see after looking at your statements that Alexis has been using the company for his own personal profligacy. I hoped I would be able to change that and I would be able to help alter the environment of ISF, but after 6 visits, Alexis has only been there once. It is apparent that communication of vital ISF related topics is discouraged when Alexis, you refuse to elaborate on what transpired during business trips to Dublin, and Rose, you refuse to give me Alexis' email address after I asked on three separate occasions. One would think communication and transparency should be a top priority, especially when the executive director's personal life meshes so intricately with the goals of ISF. Effective immediately, I am relinquishing all of my duties as an accountant for Imagine Science Films.

Matthew Lopez

---

**Alexis Gambis** <agambis@gmail.com>                Mon, Jan 9, 2012 at 10:15 PM
To: Matthew Lopez <matthew.lopez08@yahoo.com>
Cc: "meacham.rose@gmail.com" <meacham.rose@gmail.com>

Matthew,
I am unclear about some of your comments but I appreciate your help and wish you all the success in the future.
Thank you for everything.
Best,
Alexis
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                Sun, Oct 6, 2013 at 5:37 PM
To: Rose Meacham <meacham.rose@gmail.com>

- — — —- — —- — — — —
**Rose Swan Meacham**
*Masters Candidate, '14*
New York University || Tisch
rsm397@nyu.edu
917.613.4422
[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>                    Sun, Oct 6, 2013 at 5:37 PM
To: Rose Meacham <meacham.rose@gmail.com>

- --- -- -- --- --- -- --- -- ---
**Rose Swan Meacham**
*Masters Candidate, '14*
New York University || Tisch
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]



Rose Meacham <meacham.rose@gmail.com>

## ISF
4 messages

**Matthew Lopez** <matthew.lopez08@yahoo.com>                Mon, Jan 9, 2012 at 10:08 PM
Reply-To: Matthew Lopez <matthew.lopez08@yahoo.com>
To: "meacham.rose@gmail.com" <meacham.rose@gmail.com>, Alexis Gambis <agambis@gmail.com>

Rose and Alexis,

I pursued Imagine Science Films in efforts to obtain significant experience running a company. Granted I do not have first hand experience being responsible for every aspect of a business's financials, I've been fervently researching and utilizing every resource I have to better prepare me for such a task. I find it unfortunate that what I have seen in the five weeks I have been volunteering my time at ISF has convinced me that I will be unable to gain any valuable experience and it is no longer worth my time. I'm not sure how ISF has been able to retain its status as a certified nonprofit when it is clear to see after looking at your statements that Alexis has been using the company for his own personal profligacy. I hoped I would be able to change that and I would be able to help alter the environment of ISF, but after 6 visits, Alexis has only been there once. It is apparent that communication of vital ISF related topics is discouraged when Alexis, you refuse to elaborate on what transpired during business trips to Dublin, and Rose, you refuse to give me Alexis' email address after I asked on three separate occasions. One would think communication and transparency should be a top priority, especially when the executive director's personal life meshes so intricately with the goals of ISF. Effective immediately, I am relinquishing all of my duties as an accountant for Imagine Science Films.

Matthew Lopez

**Alexis Gambis** <agambis@gmail.com>                Mon, Jan 9, 2012 at 10:15 PM
To: Matthew Lopez <matthew.lopez08@yahoo.com>
Cc: "meacham.rose@gmail.com" <meacham.rose@gmail.com>

Matthew,
I am unclear about some of your comments but I appreciate your help and wish you all the success in the future.
Thank you for everything.
Best,
Alexis
[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>                Sun, Oct 6, 2013 at 5:37 PM
To: Rose Meacham <meacham.rose@gmail.com>

- --- -- -- -- -- -- -- ---
**Rose Swan Meacham**
*Masters Candidate, '14*
New York University || Tisch
rsm397@nyu.edu
917.613.4422
[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>                    Sun, Oct 6, 2013 at 5:37 PM
To: Rose Meacham <meacham.rose@gmail.com>

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*Masters Candidate, '14*
New York University || Tisch
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]



Rose Meacham <meacham.rose@gmail.com>

---

## ISF
4 messages

---

**Matthew Lopez** <matthew.lopez08@yahoo.com>     Mon, Jan 9, 2012 at 10:08 PM
Reply-To: Matthew Lopez <matthew.lopez08@yahoo.com>
To: "meacham.rose@gmail.com" <meacham.rose@gmail.com>, Alexis Gambis <agambis@gmail.com>

Rose and Alexis,

I pursued Imagine Science Films in efforts to obtain significant experience running a company. Granted I do not have first hand experience being responsible for every aspect of a business's financials, I've been fervently researching and utilizing every resource I have to better prepare me for such a task. I find it unfortunate that what I have seen in the five weeks I have been volunteering my time at ISF has convinced me that I will be unable to gain any valuable experience and it is no longer worth my time. I'm not sure how ISF has been able to retain its status as a certified nonprofit when it is clear to see after looking at your statements that Alexis has been using the company for his own personal profligacy. I hoped I would be able to change that and I would be able to help alter the environment of ISF, but after 6 visits, Alexis has only been there once. It is apparent that communication of vital ISF related topics is discouraged when Alexis, you refuse to elaborate on what transpired during business trips to Dublin, and Rose, you refuse to give me Alexis' email address after I asked on three separate occasions. One would think communication and transparency should be a top priority, especially when the executive director's personal life meshes so intricately with the goals of ISF. Effective immediately, I am relinquishing all of my duties as an accountant for Imagine Science Films.

Matthew Lopez

---

**Alexis Gambis** <agambis@gmail.com>     Mon, Jan 9, 2012 at 10:15 PM
To: Matthew Lopez <matthew.lopez08@yahoo.com>
Cc: "meacham.rose@gmail.com" <meacham.rose@gmail.com>

Matthew,
I am unclear about some of your comments but I appreciate your help and wish you all the success in the future. Thank you for everything.
Best,
Alexis
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>     Sun, Oct 6, 2013 at 5:37 PM
To: Rose Meacham <meacham.rose@gmail.com>

- — — — — — — —
**Rose Swan Meacham**
*Masters Candidate, '14*
New York University || Tisch
rsm397@nyu.edu
917.613.4422
[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>
To: Rose Meacham <meacham.rose@gmail.com>
Sun, Oct 6, 2013 at 5:37 PM

·— — — — — — — —
**Rose Swan Meacham**
*Masters Candidate, '14*
New York University || Tisch
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]

Imagine Science Films 593 10th Street, FL 3 Brooklyn, NY 11215 718-360-8848
info@imaginesciencefilms.com // www.imaginesciencefilms.com

October 6, 2011

Rose Meacham
216 E 12th St. Apt. 5A
New York, NY 10003

Re:     Employment with Imagine Science Films Corp.

Dear Rose:

We are pleased to offer you a position providing programmer and coordinating services to
Imagine Science Films Corp. ("Imagine Science Films" or the "Company").  We look
forward to a productive relationship.

We agree that the terms of our professional relationship are as follows.

1.  **Tasks, Duties, and Scope of Work.**  You agree to perform the following duties on behalf
    of Imagine Science Films:

    Program Imagine Science Film Festivals, in the United States and abroad, web
    development for festivals, coordinating festival sponsorship, Imagine Science Films
    outreach programs, including "Artists in Residence."

    The above shall be referred to in this Agreement as the "Scope of Work.

    You shall additionally perform any and all tasks and duties associated with the Scope of
    Work set forth above, as is reasonable to complete the assignment.

2.  **Term.**  Your position commences on August 1, 2011. Unless otherwise agreed, this is an
    "employment at will," except that your services will continue for not less than one
    hundred sixty (160) days from your commencement date, except "for cause."  "For
    cause" shall mean a knowing violation of the Company's policy. You agree that you will
    give the company reasonable notice should you decide to cease your employment with
    the Company. In the event that the company terminates your employment, the Company
    shall provide you with sixty (60) days written notice before termination occurs.

3.  **Compensation.** Your compensation shall be at $2500 per month based on a forty (40)
    hour work week, less all applicable W-2 withholdings as required by law, and will be
    paid in installments of $1250 twice per month.

4.      **Intellectual Property of others.** Your work shall not knowingly violate the
intellectual property rights of others.

5.     **No Conflicts.** During the period of your employment with the Company you will not accept other work that directly conflicts with your responsibilities for Imagine Science Films or directly compete with Imagine for the screening of films.

**6.     Acts of God** Your services and right to compensation shall be suspended during all periods in which: a) you had the ability to complete the project, but failed to do so. b) Imagine Science Films' business activities are interrupted by unforeseen natural disasters.

7.     **Non-Disclosure of Trade Secrets, Customer Lists and Other Proprietary Information**

　　a. **Representation and Warranties.** You knowingly use a third party's confidential information proprietary information or trade secret unless such third party consents to its use. Breach of this condition may result in termination of the relationship.

　　b. **Proprietary Information.** For the purpose of this Agreement, "Proprietary Information" shall include, but not be limited to any of the Company's information, observation, data, written material, record, document, drawing, photograph, layout, computer program, software, multimedia, firmware, invention, discovery, improvement, development, design, work of authorship, logo, system, promotional idea, customer list, pricing information, process, test, concept, formula, method, market information, technique, trade secret, product and/or research related to the actual or anticipated research development, products, organization, marketing, advertising, business or finances of Company, its affiliates or related entities.

　　All right, title, and interest of every kind and nature whatsoever in and to the Proprietary Information made, written, discussed, developed, secured, obtained or learned by you during the term of the relationship with the Company, which relate to the Company's non-profit business operation as set forth in its mission shall be the sole and exclusive property of Company for any purpose or use whatsoever, and shall be disclosed promptly by you to Company. The covenants set forth in the preceding sentence shall apply regardless of whether any Propriety Information is made, written, discussed, developed, secured, obtained or learned (a) solely or jointly with others, (b) during the usual hours of work or otherwise, (c) at the request of Company (d) with Company's materials, tools, instruments, or (e) on Company's premises or otherwise.

　　You shall comply with any reasonable rules established from time to time by Company for the protection of the confidentiality of any Proprietary Information. As you are an employee of the Company the President and all Vice Presidents of the Company may act as your agent to perform all acts necessary to obtain and/or maintain patents, copyrights and similar rights to any Proprietary Information assigned by you to Company under this Agreement if (a) you refuse to perform those acts, or (b) is unavailable, within the meaning of any applicable laws.

　　You shall fully disclose to Company, in confidence (a) all Proprietary Information that you create, conceive or reduces to practice in writing either alone or with others during the term of this Agreement, and (b) all patent applications and copyright registrations filed by Employee, which relate to the Company's business operation, within one year after termination of this Agreement, including but not limited to materials and methodologies involved.

　　c. **Confidentiality.** You acknowledge that Company has made, or may make, available to you certain confidential information that is valuable to it that is not generally known to

the public or to others who and that this information is subject to a reasonable effort by the Company to maintain its secrecy and confidentiality. Except as is necessary to your obligation under this Agreement, you shall not make any disclosure of any of the Confidential Material. Except as necessary to your obligations pursuant to their relationship with the Company, you shall not make any duplication or other copy of the Confidential Material. Except as necessary to your obligations pursuant to their relationship with the Company, you shall not remove Confidential Material or proprietary property or documents without authorization.

Upon request from Company, you shall return to Company all Confidential Material or proprietary property or documents. You shall notify each person to whom any disclosure is made that such disclosure is made in confidence, that the Confidential Material shall be kept in confidence by such persons, and that such persons shall be bound by the provisions of this Agreement.

d. **Non-Solicitation Covenant.** You shall not, during your employment either directly or indirectly, solicit, or attempt to solicit, any of the customers or clients of the Company on whom you called or became acquainted with during the terms of this Agreement, either for their own benefit, or for the benefit of any other person, firm, corporation or organization.

e. **Non-Recruit Covenant.** You shall not, during this Agreement and for a period of *one year* immediately following termination of this agreement, either directly or indirectly, recruit any of Company's employees for a competing business purpose.

**8.** **Promotional and Informational Material.** You shall promote the Company's services and products, per direction of the Company in relation to your job. You shall use only promotional and informational material, which have been furnished to you by Company or which have been approved by the Company (collectively the "Materials"). You shall use the Company Marks and Materials in compliance with Company's Guidelines. Materials provided to you by Company shall not be reproduced, altered, or modified in any manner without Company's approval. Materials created by you and approved by Company shall not be altered or modified in any manner without Company's consent. You assign and agrees to assign to Company the worldwide copyright in any Materials, at any time created by you during the course of this Agreement which relate to the company's business operation, and you agree to execute promptly such other documents, if any, as Company requests to confirm the assignment of the copyright or to register the copyright in the Materials anywhere in the world. Company reserves the right to request from you, samples of any Material employee is using to verify compliance with this paragraph, and you agree to provide such samples to Company.

9. **Trademark Usage.** All permitted use by you of any Company Marks shall inure to Company's benefit, be subject to Company's control, and may be terminated by Company upon notice at its will and for any reason. Employee agrees that he or she will not challenge, directly or indirectly, the validity of the Company Marks or Company's ownership which relate to the company's business operation. Employee shall not use the Company Marks on any Internet website and shall not register or use any domain names, meta tags, search engine keywords, hidden texts, or URLs that include any of the Company Marks without Company's approval.

10.     **Return Of Property.** On termination of this Agreement, or whenever requested by the parties, each party shall as soon as possible deliver to the other party all property in its possession, or under its care and control, belonging to the other party to them, including but not limited to, proprietary information, customer lists, trade secrets, intellectual property, computers, equipment, tools, documents, plans, recordings, software, and all related records or accounting ledgers.

11.     Upon termination of your employment, the Company shall maintain on its website your name and title for a minimum of 6 months from the date of your termination. During this post employment period, the Company shall maintain your name and title on its website or any successor website in the same manner it did during your employment.

12.     **Non-Profit Status.** You will not do anything contrary with the requirements of the Company as set forth in its mission.

13.     **Modifications.** This Agreement may be modified only by a contract in writing executed by the party to this Agreement against whom enforcement of such modification is sought.

14.     **Prior Understandings.** This Agreement contains the entire agreement between the parties to this Agreement with respect to the subject matter of the Agreement, is intended as a final expression of such parties' agreement with respect to such terms as are included in this Agreement is intended as a complete and exclusive statement of the terms of such agreement, and supersedes all negotiations, stipulations, understanding, agreements, representations and warranties. If any, with respect to such subject matter, which precede or accompany the execution of this Agreement.

15.     **Waiver.** Any waiver of a default under this Agreement must be made in writing and shall not be a waiver of any other default concerning the same or any other provision of this Agreement. No delay or omission in the exercise of any right or remedy shall impair such right or remedy or be constructed as a waiver. A consent to or approval of any act shall not be deemed to waive or render unnecessary consent to or approval of any other or subsequent act.

16.     **Drafting Ambiguities.** Each party to this Agreement has reviewed and had the opportunity to revise this Agreement. Each party to this Agreement has had the opportunity to have legal counsel review and revise this Agreement. The rule of construction that any
17.     **Severability.** If any portion of this Agreement shall be deemed invalid or otherwise modified, then the remainder of this Agreement shall continue in full force and effect.

18.     **Jurisdiction and Venue.** This Agreement is to be construed pursuant to Laws of the State of New York. Jurisdiction and venue for any claim arising out of this Agreement shall be made in the State of New York, County of New York.

18.     **Receipt of Copy and Confirmation of Understanding.** Employee hereby acknowledges that he/she/it has received a signed copy of this Agreement and Understands what has been stated herein.

If the terms set forth above meet with your approval, please counter-sign below.

Imagine Science Films 593 10th Street, FL 3 Brooklyn, NY 11215 718-360-8848
info@imaginesciencefilms.com // www.imaginesciencefilms.com

Imagine Science Films Corp. by

_____
Alexis Gambis


Agreed To:

BY: _____
Rose Meacham


_____
Date

I am uncomfortable with the number of animals that were harmed, abused, murdered, etc. during the making of the movie.

Alexis Gambis took a high number of Genetic Specimens from high-security, restricted access areas, "toxic, hazard" etc. Scientific Laboratories and released ~~this~~ these specimens, bread these Specimens, which is extremely unsettling.

Alexis Gambis ran a private Scientific Laboratory from his home residence - During this time, ~~Imagine~~ Science began purchasing for the first time rental office space outside Alexis Gambis' private residence,

however Alexis Gambis never used this office and worked from home. Alexis Gambis ran the private Scientific Laboratory from his home, breeding genetic specimens from the high-security, "toxic, hazard" Science Laboratories in inhumane and dangerous conditions,

Alexis Gambis was employed by New York University (NYU) throughout these incidents and this work is a project for his academic school work, which Professors supervised and gave Alexis Gambis academic credit and grades for completing this work.

As an employee of NYU and the New School, Alexis Gambis

abused his positions of power
as a Professor and as a
Teaching Assistant to abuse
people, to abuse women, to
sexually harass students, ~~to~~
in his class, sexually harass
his fellow students and abuse
them, to exploit people for
free labor and donations
for a for-profit endeavor,
as well as for his own
academic credit and professional
gain — ~~of~~ financial gain as well
because he stole money from
me, ISF/ID).

I believe these are labor
law issues and Academic
Integrity Issues, NYU
refuses to address these
issues and Alexis Gambis has

a family legacy at NYU, which he exploits unfairly for unfair advantages that other students do not have — making Alexis Gambis a power at the school that nobody can challenge and it is scary to report Alexis Gambis.

I was abused by Alexis Gam — Alexis Gambis exploited his medical, scientific training et to abuse me and other peop even to manipulate people for money, favors, donations, and obedience to him. I tried to report to the police during these events but the NYU student refused to help me and I was too afraid to report

to the police by myself.

Alexis Gambis shot footage of the abuse, murder he did to some of the animals at his home residence during the making of the movie. Footage he shot of these animals is intermixed throughout the final cut of the movie.

Alexis Gambis, as far as I know, continued to edit and re-edit different versions of the movie that he screened even after the final movie was locked and finalized.

I believe the deaths and abuse of the animals is upsetting and it violates

laws, and film policies but NYU is doing nothing about this. Alexis Gambis was promoted by NYU after these incidents to become a professor to students with even more power and a higher pay.

The money that Thomas Campbell Jackson paid NYU for Alexis Gambis' tuition was returned to Alexis Gambis when Alexis was hired as a Professor at NYU, which Alexis Gambis joked about to the NYU Administrators hiring him.